UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Eric Thomas Dehart                                     Docket No. 5:12-CR-177-1BO

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Eric Thomas Dehart, who, upon an earlier plea of guilty to Possession of Stolen Firearms, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on February 19, 2013, to the custody of the Bureau of Prisons for a term of 31 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Eric Thomas Dehart was released from custody on May 21, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Upon reporting to the probation office for his initial visit with the probation officer on May 26, 2015, the defendant submitted a urine specimen and admitted using marijuana prior to his release while he was being housed at a Residential Re-entry Center in Raleigh, North Carolina. Additionally, the defendant failed to make any payments towards his financial obligation while he was incarcerated. As a result, he still has a balance of $100.00 remaining to be paid towards the special assessment. Rather than return to court to address these matters, the defendant has agreed to participate in a substance abuse testing and treatment program as directed by the probation office. He has also agreed to make payments of not less than $25.00, beginning 60 days after his release from prison, until the balance is paid in full. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall make payments of not less than $25.00 per month towards the special assessment of $100.00 originally imposed, beginning 60 days following the defendant's release from imprisonment.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: May 28, 2015

Eric Thomas Dehart
Docket No. 5:12-CR-177-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __29__ day of __May__, 2015 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge